Meyer Law Group, LLP
Michael H. Meyer,    SBN 82336
Brent D. Meyer,      SBN 266152
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:   (415) 762-5277
brent@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>RMS PROPERTIES, LLC,<br><br>    Debtor. | Bankruptcy Case No.: 11-10231<br><br>Chapter 11<br><br>Assigned to the<br>Honorable Alan Jaroslovsky<br><br>EX-PARTE APPLICATION TO APPROVE BROKER'S LISTING PURSUANT TO 11 U.S.C. § 327 |

**EX-PARTE APPLICATION TO APPROVE BROKER'S
LISTING PURSUANT TO 11 U.S.C. § 327**

TO: THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:

Brent D. Meyer, attorney for Debtor, makes this ex-parte application for an Order approving retention of Shaffer Real Estate Company, pursuant to 11 U.S.C. § 327, on a standard listing agreement and represents as follows:

1. That the real property located at 18391 3100 Road, Hotchkiss, Colorado, 81419, is an asset of the within Chapter 11 estate.

2. That said real property is approximately 1,706 acres of un-improved land with an approximately 12,000 square foot partially completed structured attached thereto.

3. Debtor estimates that the real property has a fair market value of $6,100,000.00.

4. It is in the best interests of the estate, secured creditors, and unsecured creditors to sell said real property at its fair market value subject to court approval.

5. Debtor has placed the subject property on the real estate market through a standard listing agreement with Shaffer Real Estate Company. A true and accurate copy of said listing is attached hereto as Exhibit A.

6. Insofar as counsel and the Debtors have been able to ascertain, the proposed broker has no connection with the Debtor, its creditors, or any other party in interest, or their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, and represents no interest adverse to the estate in the matters upon which it is to be retained. Based thereon, the proposed broker is a disinterested person within the meaning or 11 U.S.C. §§ 101(14) and 327 of the United States Bankruptcy Code.

**WHEREFORE**, Debtor prays for an Order of this Court approving the listing agreement and qualifying said real estate broker pursuant to 11 U.S.C. § 327 and for such other and further relief that as this Court deems just and proper.

Meyer Law Group, LLP

Dated: 6/3/2011

/s/ BRENT D. MEYER
Brent D. Meyer,
Attorney for Debtor