Meyer Law Group, LLP
Michael H. Meyer, SBN 82336
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:   (415) 762-5277
michael@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 11-10231 |
| RMS PROPERTIES, LLC, | Chapter 11 |
| Debtor. | Assigned to the Honorable Alan Jaroslovsky |
| | NOTICE OF CONTINUED HEARING ON DISCLOSURE STATEMENT AND FIXING TIME FOR FILING OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT AND FOR FILING PROOF OF CLAIMS |
| | CONTINUED HEARING TO BE HELD: |
| | Date:     December 16, 2011<br>Time:     9:00 a.m. PST<br>Location: U.S. Bankruptcy Court<br>          99 South E Street<br>          Santa Rosa, CA 94504 |

**TO:   ALL PARTIES-IN-INTEREST:**

**NOTICE IS HEREBY GIVEN** that the Court will consider approval of the proposed Disclosure Statement filed by the Debtor on December 16, 2011 at 9:00 a.m. in the Courtroom of the above-entitled Court located at 99 South E Street, Santa Rosa, California 94504.

**NOTICE IS FURTHER GIVEN** that objections to approval of the Disclosure Statement must be filed with the Bankruptcy Court and served upon Michael H. Meyer, the

Notice of Continued Hearing on Disclosure Statement

-1-

twenty-largest creditors, and the United States Trustee at least seven (7) days before the date of the hearing fixed above.

And creditor may request a copy, free of charge, from Michael H. Meyer. **THIS REQUEST MUST BE MADE IN WRITING.**

Specific reference is hereby made to Bankruptcy Code Section 1125 and Bankruptcy Rule 3017. Interested parties should review the proposed Disclosure Statement and Plan and all papers on file for further particulars. The proposed Disclosure Statement and Plan may be reviewed at the Office of the Clerk of the Bankruptcy Court at 99 South E Street, Santa Rosa, California, 94504 or by Public Access to Court Electronic Records (PACER) at http://ecf.canb.uscourts.gov. You may need to register for use of this service. Registration information can be found at http://pacer.psc.uscourts.gov.

The Debtor has filed or will file a list of creditors and equity security holders pursuant to Rule 1007. Any creditor holding a list claim which is not listed as disputed, contingent, or unliquidated as to amount, and who desire to participate in the case or share in any distribution must file their proofs of claim on or before the date first set for hearing on the Disclosure Statement.

Any creditor who desires to rely on the list has the responsibility for determining that they are accurately listed.

The purpose of the Disclosure Statement is to enable creditors and investors to make informed judgments about a reorganization plan. Upon final approval of the Disclosure Statement, a copy of the Disclosure Statement will be mailed to all interested parties together with a copy or summary of the Plan for reorganization of the Debtor.

Dated: 11/27/2011

Meyer Law Group, LLP

 /S/ MICHAEL H. MEYER  
Michael H. Meyer  
Attorney for Debtor

Notice of Continued Hearing on Disclosure Statement

2