Meyer Law Group, LLP
Michael H. Meyer, SBN 82336
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:     (415) 762-5277
michael@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 11-10231 |
| RMS PROPERTIES, LLC, | Chapter 11 |
| Debtor. | Assigned to the Honorable Alan Jaroslovsky |
| | ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, COMBINED WITH NOTICE THEREOF |
| | HEARING TO BE HELD: |
| | Date:      January 27, 2012
Time:     9:00 a.m. PST
Location:  U.S. Bankruptcy Court
                99 South E Street
                Santa Rosa, CA 94504 |

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING
TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE
PLAN, COMBINED WITH NOTICE THEREOF**

Order Approving Disclosure Statement and Setting Deadlines

A Disclosure Statement under Chapter 11 of the United States Bankruptcy Code having been filed by RMS Properties, LLC, Debtor, on November 7, 2011, referring to a Plan under Chapter 11 of the Code filed by Debtor, on November 7, 2011, and

It having been determined after hearing on notice that the Disclosure Statement contains adequate information as required by 11 U.S.C. § 1125:

**IT IS HEREBY ORDERED**, and notice is hereby given, that:

1. The Disclosure Statement filed by Debtor on November 7, 2011, as CM/ECF Docket No. 41, is approved.

2. January 20, 2012, is fixed as the last day for filing written acceptances or rejections of the Plan referred to above.

3. Within 3 days after the entry of this order, the Plan or a summary thereof approved by the Court, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. Pro. 3017(d).

4. January 27, 2012, 9:00 a.m., at 99 South E Street, Santa Rosa, California, is fixed for the hearing on confirmation of the Plan.

5. January 20, 2012, is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. Pro. 3020(b)(1) written objections to confirmation of the Plan.

Dated: December 20, 2011

Alan Jaroslovsky
U. S. Bankruptcy Judge

Order Approving Disclosure Statement and Setting Deadlines