Meyer Law Group, LLP
Michael H. Meyer, SBN 82336
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:   (415) 762-5277
michael@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 11-10231 |
| RMS PROPERTIES, LLC, | Chapter 11 |
| Debtor. | Assigned to the Honorable Alan Jaroslovsky |
| | BALLOT SUMMARY FOR DEBTOR'S PLAN OF REORGANIZATION |
| | CONFIRMATION HEARING TO BE HELD: |
| | Date: January 27, 2012<br>Time: 9:00 a.m. PST<br>Location: U.S. Bankruptcy Court<br>99 South E Street<br>Santa Rosa, CA 94504 |

1.     The following is a summary of all acceptances and rejections of Debtor's Chapter 11 Plan of Reorganization:

2.     All classes are impaired, except Class 2, which class is not impaired because Debtor is not in default under the contract and Debtor's Chapter 11 Plan proposes to continue to pay the lender pursuant to the terms of the executed contract.

**SUMMARY OF ACCEPTANCES AND REJECTIONS**

| **Class 1** | **Number** | **Amount** |
|---|---|---|
| Acceptance | 0 | $0.00 |

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104

| | | | |
|---|---|---|---|
| 1 | Rejections | 0 | $0.00 |
| 2 | Total | 0 | $0.00 |
| 3 | % Acceptances | 0% | 0% |
| 4 | | | |
| 5 | **Class 2** | **Number** | **Amount** |
| 6 | Acceptance | 0 | $0.00 |
| 7 | Rejections | 0 | $0.00 |
| 8 | Total | 0 | $0.00 |
| 9 | % Acceptances | 0% | 0% |
| 10 | | | |
| 11 | **Class 3** | **Number** | **Amount** |
| 12 | Acceptance | 0 | $0.00 |
| 13 | Rejections | 0 | $0.00 |
| 14 | Total | 0 | $0.00 |
| 15 | % Acceptances | 0% | 0% |
| 16 | | | |
| 17 | **Class 4** | **Number** | **Amount** |
| 18 | Acceptance | 0 | $0.00 |
| 19 | Rejections | 0 | $0.00 |
| 20 | Total | 0 | $0.00 |
| 21 | % Acceptances | 0% | 0% |
| 22 | | | |
| 23 | **Class 5** | **Number** | **Amount** |
| 24 | Acceptance | 0 | $0.00 |
| 25 | Rejections | 0 | $0.00 |
| 26 | Total | 0 | $0.00 |
| 27 | % Acceptances | 0% | 0% |
| 28 | | | |

Ballot Summary for Debtor's Plan of Reorganization

| Class 6 | Number | Amount |
|---|---|---|
| Acceptance | 2 | $121,889.81 |
| Rejections | 0 | $0.00 |
| Total | 2 | $121,889.81 |
| % Acceptances | 100% | 100% |

| Class 7 | Number | Amount |
|---|---|---|
| Acceptance | 0 | $0.00 |
| Rejections | 0 | $0.00 |
| Total | 0 | $0.00 |
| % Acceptances | 0% | 0% |

3. The undersigned declares under penalty of perjury that each of the ballots received by him are attached hereto and are included in the Summary of Acceptances and Rejections described herein.

Dated: January 22, 2012

Meyer Law Group, LLP

/S/ MICHAEL H. MEYER
Michael H. Meyer
Attorney for Debtor

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104

Meyer Law Group, LLP
Michael H. Meyer, SBN 82336
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:    (415) 762-5277
michael@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>RMS PROPERTIES, LLC,<br><br>Debtor. | Bankruptcy Case No.: 11-10231<br><br>Chapter 11<br><br>Assigned to the<br>Honorable Alan Jaroslovsky<br><br>BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION |

  RMS Properties, LLC, filed a plan of reorganization dated November 7, 2011. The court has approved a disclosure statement with respect to the plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Disclosure Statement and Plan of Reorganization is enclosed. Court approval of the Disclosure Statement does not indicate approval of the plan by the court.

  You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

  **If your ballot is not received by Michael H. Meyer, Attorney for Debtor, at 268 Bush Street #3639, San Francisco, California 94104, on or before January 20, 2012, and such**

**deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of the two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this Ballot.

## ACCEPTANCE OR REJECTION OF THE PLAN

Your claim has been placed in Class 6.

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of $ 111,149.81                . APPROX.

(✓) ACCEPTS THE PLAN           ( ) REJECTS THE PLAN

Dated: 12/30/11       Print or type name: ROBBIE STERN/DBA PALAZZO INTERIORS
                      Signature: Robbie Stern
                      Title (if corporation or partnership): _____
                      Address: 4575 DE CELIS PL.
                               ENCINO, CA 91436

Ballot for Accepting or Rejecting Debtor's Plan of Reorganization

- 2 -

Meyer Law Group, LLP
Michael H. Meyer, SBN 82336
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:   (415) 762-5277
michael@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>RMS PROPERTIES, LLC,<br><br>Debtor. | Bankruptcy Case No.: 11-10231<br><br>Chapter 11<br><br>Assigned to the<br>Honorable Alan Jaroslovsky<br><br>BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION |

RMS Properties, LLC, filed a plan of reorganization dated November 7, 2011. The court has approved a disclosure statement with respect to the plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Disclosure Statement and Plan of Reorganization is enclosed. Court approval of the Disclosure Statement does not indicate approval of the plan by the court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

**If your ballot is not received by Michael H. Meyer, Attorney for Debtor, at 268 Bush Street #3639, San Francisco, California 94104, on or before January 20, 2012, and such**

Ballot for Accepting or Rejecting Debtor's Plan of Reorganization

- 1 -

deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of the two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this Ballot.

## ACCEPTANCE OR REJECTION OF THE PLAN

Your claim has been placed in Class 6.

The undersigned, the holder of a Class 6 claim against the Debtor in the unpaid amount of $ _10,740.00_ .

( ✓ ) ACCEPTS THE PLAN          ( ) REJECTS THE PLAN

Dated: _1/5/12_    Print or type name: _Johanson & Yau Accountancy Corporation_

Signature: _[signature]_

Title (if corporation or partnership): _President_

Address: _160 W. Santa Clara St #900_
_San Jose CA 95113_

Ballot for Accepting or Rejecting Debtor's Plan of Reorganization

-2-