Meyer Law Group, LLP
Michael H. Meyer, SBN 82336
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:    (415) 762-5277
michael@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>RMS PROPERTIES, LLC,<br><br>    Debtor. | Bankruptcy Case No.: 11-10231<br><br>Chapter 11<br><br>Assigned to the<br>Honorable Alan Jaroslovsky<br><br>EX-PARTE MOTION FOR ORDER EXTENDING DATE TO CONFIRM CHAPTER 11 PLAN |

**EX-PARTE MOTION FOR ORDER EXTENDING
DATE TO CONFIRM CHAPTER 11 PLAN**

TO: THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTYC JUDGE:

RMS PROPERTIES, LLC, Debtor herein, by and through counsel, hereby move the above-entitled Court for an Order Extending the Time for Confirming a Plan and represents:

1. On November 8, 2011, this Court entered an Order extending the date for Confirmation of a Chapter 11 Plan to February 14, 2012.

2. An initial hearing on confirmation of Debtor's Chapter 11 Plan was held on January 27, 2012, before this Court.

3. Based on the objections by several creditors, this Court set a final hearing on confirmation of Debtor's Chapter 11 Plan for April 11, 2012.

4. It is respectfully requested that the date for Confirmation of the Plan be extended by approximately ninety (90) days, from the scheduled date of February 14, 2012, until May 14, 2012, to allow Debtor sufficient time to confirm its Chapter 11 Plan.

Respectfully submitted,
Meyer Law Group, LLP

Dated: February 7, 2012

/S/ MICHAEL H. MEYER
Michael H. Meyer
Attorney for Debtor