Meyer Law Group, LLP
Michael H. Meyer, SBN 82336
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:    (415) 762-5277
michael@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>RMS PROPERTIES, LLC,<br><br>   Debtor. | Bankruptcy Case No.: 11-10231<br><br>Chapter 11<br><br>Assigned to the<br>Honorable Alan Jaroslovsky<br><br>ORDER GRANTING EX-PARTE MOTION FOR EXTENDING DATE TO CONFIRM CHAPTER 11 PLAN |

**IT IS HEREBY ORDERED**, that that the date for Confirmation of the Chapter 11 Plan is extended from February 14, 2012 to May 14, 2012.

**IT IS FURTHER ORDERED** that this case shall be converted to Chapter 7 on May 15, 2012, if a Chapter 11 Plan has not been confirmed by then.

Dated:  February 8, 2012

_____
Alan Jaroslovsky
U. S. Bankruptcy Judge

Order Extending Date to Confirm Chapter 11 Plan