Meyer Law Group, LLP
Michael H. Meyer, SBN 82336
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:   (415) 762-5277
michael@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 11-10231 |
| RMS PROPERTIES, LLC, | Chapter 11 |
| Debtor. | Assigned to the Honorable Alan Jaroslovsky |
| | FIRST AMENDMENT TO CHAPTER 11 PLAN |

**FIRST AMENDMENT TO CHAPTER 11 PLAN**

RMS Properties, LLC, Debtor herein hereby amends the Chapter 11 Plan of Reorganization filed November 7, 2011 as follows:

5.04. <u>Class 4 Claims are impaired</u>. Debtor herein, and, to the extent necessary, Lorraine Ring, will and hereby does consent to surrender via non-judicial foreclosure (or deed-in-lieu of foreclosure at the option of Class 4 Claimant) the real property located at 18391-18397 3100 Road, Hotchkiss, CO, together with the water stock held by RMS Properties, LLC to the Class 4 Claimants in full satisfaction of any and all liabilities under the note and deeds of trust against the Debtor, RMS Properties, LLC, its members, and the estate of RMS Properties, LLC and Lorraine Ring; the release of liens by Class 4 Claimant is subject to and contingent on compliance by RMS Properties, LLC, Lorraine Ring, and RLD, Inc. to the terms herein; RMS Properties, LLC will dismiss with prejudice the present Adversary Proceeding in the RMS Properties, LLC case, AP No. 12-01031; RMS Properties, LLC and/or Ring will deliver the original water stock certificates to the Class 4 Claimant; Lorraine Ring Plan provides as an agreed upon deficiency claim arising out of the under-secured Colorado property note and deeds of trust, to (a) execute a new promissory note in standard form in the principal amount of Three Hundred Seventy Five Thousand and No/100 Dollars ($375,000.00), which note shall be secured by a non-recourse deed of trust against the Bardy Road property (not property of the within estate); RLD, Inc., Bankruptcy Case No. 11-14071, will confirm a Chapter 11 Plan or effectuate a court-approved settlement surrendering via non-judicial foreclosure (or deed-in-lie of foreclosure at the option of Class 4 Claimant) the property at 4732 Old Redwood Highway, Santa Rosa, CA (not property of the within bankruptcy estate). The principal amount of the new note will bear interest at six percent (6.0%) per annum and will be all due and payable two (2) years from the Effective Date, or upon a sale or transfer of the property, whichever is earlier. The Class 4 Claimant will, at the time of the execution of the new secured note and non-recourse deed of trust by Lorraine Ring, reconvey and release to Lorraine Ring the existing deed of trust held by the Class 4 Claimant encumbering the property at 78-261 Manukai St. #2202, Kailua-Kona, HI.

5.05. <u>Consent by Lorraine Ring and RLD, Inc.</u>  Lorraine Ring and RLD, Inc. hereby consent to and are bound by the terms of this Chapter 11 Plan.

Dated: April 30, 2012

    /S/ MICHAEL H. MEYER
Michael H. Meyer
Attorney for Debtor

Approved as to form and content.

Dated: May 1, 2012       /S/ SCOTT OLSON
Scott Olson
Attorney for Willamette Capital Management, LTD.

Dated: May 4, 2012       /S/ DAVID N. CHANDLER
David N. Chandler
Attorney for Lorraine Ring

Dated: May 4, 2012       /S/ STEVEN M. OLSON
Steven M. Olson
Attorney for RLD, Inc.

5.05. <u>Consent by Lorraine Ring and RLD, Inc.</u>  Lorraine Ring and RLD, Inc. hereby consent to and are bound by the terms of this Chapter 11 Plan.

Dated: April 30, 2012

/S/ MICHAEL H. MEYER
Michael H. Meyer
Attorney for Debtor

Approved as to form and content.

Dated: 5/1/12

*Scott H. Olson* (signature)
Scott Olson
Attorney for Willamette Capital Management, LTD.

Dated: _____

_____
David N. Chandler
Attorney for Lorraine Ring

Dated: _____

_____
Steven M. Olson
Attorney for RLD, Inc.

First Amendment to Chapter 11 Plan

- 3 -

5.05. <u>Consent by Lorraine Ring and RLD, Inc.</u>  Lorraine Ring and RLD, Inc. hereby consent to and are bound by the terms of this Chapter 11 Plan.

Dated: April 30, 2012

                /S/ MICHAEL H. MEYER
Michael H. Meyer
Attorney for Debtor

Approved as to form and content.

Dated: _____

_____
Scott Olson
Attorney for Willamette Capital Management, LTD.

Dated: 5/4/12

_____
David N. Chandler
Attorney for Lorraine Ring

Dated: _____

_____
Steven M. Olson
Attorney for RLD, Inc.

5.05. <u>Consent by Lorraine Ring and RLD, Inc.</u> Lorraine Ring and RLD, Inc. hereby consent to and are bound by the terms of this Chapter 11 Plan.

Dated: April 30, 2012

                                            /S/ MICHAEL H. MEYER
                                            Michael H. Meyer
                                            Attorney for Debtor

Approved as to form and content.

Dated: _____

                                            Scott Olson
                                            Attorney for Willamette Capital Management, LTD.

Dated: _____

                                            David N. Chandler
                                            Attorney for Lorraine Ring

Dated: 5/4/12

                                            [signature]
                                            Steven M. Olson
                                            Attorney for RLD, Inc.

Case: 11-10231   Doc# 71   Filed: 05/06/12   Entered: 05/06/12 11:32:13   Page 6 of 6