Meyer Law Group, LLP
Michael H. Meyer, SBN 82336
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:    (415) 762-5277
michael@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 11-10231 |
| RMS PROPERTIES, LLC, | Chapter 11 |
| Debtor. | Assigned to the Honorable Alan Jaroslovsky |
| | ORDER CONFIRMING CHAPTER 11 PLAN |

**ORDER CONFIRMING CHAPTER 11 PLAN**

The Plan ("Plan") under Chapter 11 of the Bankruptcy Code filed by RMS Properties, LLC, Debtor herein, on November 7, 2011, and the Plan having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice on April 11, 2012:

1. The Plan has been accepted in writing by the creditors and equity security holders as is required by law.

2. The provisions of Chapter 11 of the Code have been complied with; the Plan has been proposed in good faith and not by any means forbidden by law.

3. Each holder of a claim or interest will receive or retain under the Plan, property of a value, as of the effective date of the Plan, that is not less than the amount such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Code on such date.

4. All payments made or promised by the Debtor, or by a person issuing securities, or acquiring property under the Plan, or by any other person for services or for costs and expenses, or in connection with the Plan, and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to the approval of the Court.

5. The identity, qualifications, and affiliations of the persons who are to be directors or officers, or voting Trustees, if any, of the Debtor, after confirmation of the Plan, have been duly disclosed and the appointment of such persons to such offices, or their continuances therein, is equitable, and consistent with the interest of the creditors and equity security holders and with public policy.

6. The identity of any insiders that will be employed or retained by the Debtor and his compensation have been fully disclosed.

7. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan.

**IT IS ORDERED** that the Plan filed November 7, 2011, by RMS Properties, LLC, a copy of which Plan is on file with the Court, and the amendment made on May 6, 2012, by RMS

1 | Properties, LLC, a copy of which is on file with the Court, is approved and confirmed.

2 | Dated: May 7, 2012

                                                                           Alan Jaroslovsky
                                                                           U. S. Bankruptcy Judge

Approved as to form and content.

/S/ SCOTT OLSON
Scott Olson
Attorney for Willamette Capital Management, LTD.

Order Confirming Chapter 11 Plan