UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: RMS PROPERTIES, LLC

Case No. 11-10231

CHAPTER 11
MONTHLY OPERATING REPORT
(REAL ESTATE CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Apr-12        PETITION DATE: 1/25/2011 0:00

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $9,690 | $9,733 | |
| b. Total Assets | $8,791,671 | $8,791,671 | $8,794,949 |
| c. Current Liabilities | $537,931 | $537,292 | |
| d. Total Liabilities | $5,243,386 | $5,242,747 | $4,705,455 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | $200 | $6,694 |
| b. Total Disbursements | $43 | $567 | $6,698 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($43) | ($367) | $27 |
| d. Cash Balance Beginning of Month | $33 | $41 | $10 |
| e. Cash Balance End of Month (c + d) | ($10) | $400 | $37 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($44,630) | ($44,630) | ($529,521) |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. **Post-Petition Liabilities** | $537,931 | $537,931 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $8,539 | $8,414 | |

At the end of this reporting month: | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | NO |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | NO |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | NO |
| 12. Is the estate insured for replacement cost of assets and for general liability? | YES | |
| 13. Are a plan and disclosure statement on file? | YES | |
| 14. Was there any post-petition borrowing during this reporting period? | | NO |

15. Check if paid: Post-petition taxes ___ ; U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 5/17/2012 0:00

_[signature]_
Responsible Individual

Revised 1/1/98

Case: 11-10231  Doc# 76  Filed: 05/24/12  Entered: 05/24/12 22:34:35  Page 1 of 12

# STATEMENT OF OPERATIONS
## (Real Estate Case)
For the Month Ended 04/30/12

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | |
| $0 | $0 | $0 | 1 | Rent/Leases | $5,000 | $0 |
| | | $0 | 2 | Real Property Sales Gross | $0 | |
| | | $0 | 3 | Interest | $0 | |
| $0 | $0 | $0 | 4 | Other Income: refund | $49 | $0 |
| | | | 5 | | | |
| | | $0 | 6 | | | |
| $0 | $0 | $0 | 7 | **Total Revenues** | $5,049 | $0 |
| | | | | **Expenses:** | | |
| $0 | $0 | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| $43 | $10 | ($33) | 10 | Administrative | $706 | $10 |
| $44,063 | $44,063 | $0 | 11 | Interest | $616,882 | $44,063 |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13 | Salaries | | |
| | | $0 | 14 | Commissions | | |
| | | $0 | 15 | Management Fees | | |
| | | | | Rent/Lease: | | |
| | | $0 | 16 | Personal Property | | |
| | | $0 | 17 | Real Property | | |
| $0 | $0 | $0 | 18 | Insurance | $1,840 | $0 |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| $0 | $611 | $611 | 21 | Real Property Taxes | $452 | $611 |
| $0 | $0 | $0 | 22 | Other Taxes | $0 | $6,825 |
| $0 | $0 | $0 | 23 | Other Expenses: | | |
| $25 | $102 | $77 | 24 | UTILITY | $1,795 | $25 |
| $1,330 | $0 | ($1,330) | 25 | DITCH IRRIGATION | $2,807 | $1,330 |
| | | $0 | 26 | | | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| $44,630 | $44,173 | ($55) | 32 | **Total Expenses** | $624,482 | $52,941 |
| ($44,630) | ($44,173) | ($457) | 33 | Subtotal | ($619,433) | ($52,941) |
| | | | | **Reorganization Items:** | | |
| | | $0 | 34 | Professional Fees | | |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| $325 | $325 | $0 | 38 | U.S. Trustee Quarterly Fees | $1,300 | $325 |
| | | $0 | 39 | | | |
| $0 | $0 | $0 | 40 | **Total Reorganization Items** | $1,300 | $0 |
| ($44,630) | ($44,173) | ($457) | 41 | Net Profit (Loss) Before Federal & State Taxes | $529,521 | ($52,730) |
| | | $0 | 42 | Federal & State Income Taxes | | |
| ($44,498) | ($44,173) | ($325) | 43 | Net Profit (Loss) | ($529,521) | ($52,730) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (Real Estate Case)
### For the Month Ended  4/20/2012 0:00

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | ($10) |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Prepaid expenses | | |
| 5 | Professional retainers | | $9,700 |
| 6 | Other: | | |
| 7 | | | |
| 8 | **Total Current Assets** | | $9,690 |
| | **Property and Equipment (Market Value)** | | |
| 9 | Real property | C | $8,100,000 |
| 10 | Machinery and equipment | D | $0 |
| 11 | Furniture and fixtures | D | $317,438 |
| 12 | Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Vehicles | D | $19,500 |
| 15 | Other: building materials/granite | D | $90,000 |
| 16 | art | D | $5,000 |
| 17 | water rights | D | $250,000 |
| 18 | | D | |
| 19 | | D | |
| 20 | **Total Property and Equipment** | | $8,781,938 |
| | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Loans to affiliates | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Total Other Assets** | | $0 |
| 28 | **Total Assets** | | $8,791,628 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98
Case: 11-10231   Doc# 76   Filed: 05/24/12   Entered: 05/24/12 22:34:35

## Liabilities and Equity
(Real Estate Case)

**Liabilities From Schedules**

  **Post-Petition**

    **Current Liabilities**

| # | Item | Ref | Amount |
|---|------|-----|--------|
| 29 | Salaries and wages | | |
| 30 | Payroll taxes | | |
| 31 | Real and personal property taxes | | $611 |
| 32 | Income taxes | | |
| 33 | Sales taxes | | |
| 34 | Notes payable (short term) | | |
| 35 | Accounts payable (trade) | A | $8,564 |
| 36 | Real property lease arrearage | | |
| 37 | Personal property lease arrearage | | |
| 38 | Accrued professional fees | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | $528,756 |
| 40 | Other: | | |
| 41 | | | |
| 42 | | | |
| 43 | **Total Current Liabilities** | | $537,931 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 45 | **Total Post-Petition Liabilities** | | $537,931 |

  **Pre-Petition Liabilities (allowed amount)**

| # | Item | Ref | Amount |
|---|------|-----|--------|
| 46 | Secured claims | F | $4,594,305 |
| 47 | Priority unsecured claims | F | $0 |
| 48 | General unsecured claims | F | $111,150 |
| 49 | **Total Pre-Petition Liabilities** | | $4,705,455 |
| 50 | **Total Liabilities** | | $5,243,386 |

**Equity (Deficit)**

| # | Item | Amount |
|---|------|--------|
| 51 | Retained Earnings/(Deficit) at time of filing | $3,552,129 |
| 52 | Capital Stock | |
| 53 | Additional paid-in capital | |
| 54 | Cumulative profit/(loss) since filing of case | ($529,521) |
| 55 | Post-petition contributions/(distributions) or (draws) | |
| 56 | | |
| 57 | Market value adjustment | |
| 58 | **Total Equity (Deficit)** | $3,152,974 |
| 59 | **Total Liabilities and Equity (Deficit)** | $8,788,612 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | $0 | $25 | |
| 31-60 Days | $0 | $125 | |
| 61-90 Days | $0 | $611 | $8,539 |
| 91+ Days | $0 | $7,803 | |
| Total accounts receivable/payable | $0 | $8,564 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

### Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| 1700 acre ranch 18391 3100 Road, Hotchkiss, CO | $3,750,000 | $8,100,000 |
| Installed mile long driveway, brought electricity & phone to lodge site | $2,000,000 | |
| septic field constructed, bridge over creek constructed, 12,000 sf lodge | | |
| pole pine lodge constructed 65% complete. | | |
| Total | $5,750,000 | $8,100,000 |

### Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Lodge furnishings (new) | $317,438 | unknown |
| Art | $5,000 | unknown |
| Building materials (granite) | $90,000 | unknown |
| Total | $412,438 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| 2 Honda ATVs | $10,500 | $4,500 |
| 2007 Toyota Highlander | $32,000 | $5,000 |
| 1994 Ford Motorhome | $20,000 | $10,000 |
| Total | $62,500 | $19,500 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | $0 | $0 | $611 | | $611 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $611 | $0 | $611 |
| **Total Taxes** | $0 | $0 | $611 | $0 | $611 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $4,594,305 | $4,594,305 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims | $111,150 | $111,150 |

(a) List total amount of claims even it under secured.

(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

## Schedule G
## Rental Income Information

**List the Rental Information Requested Below By Properties**

|  | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|
| Description of Property | 18381 3100 Road | | | |
| Scheduled Gross Rents | 5000 | | | |
| Less: | | | | |
|    Vacancy Factor | | | | |
|    Free Rent Incentives | | | | |
|    Other Adjustments | | | | |
| Total Deductions | $0 | $0 | $0 | $0 |
| Scheduled Net Rents | $5,000 | $0 | $0 | $0 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $5,000 | $0 | $0 | $0 |

\* To be completed by cash basis reporters only.

## Schedule H
## Recapitulation of Funds Held at End of Month

|  | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | NCB/Am. River | | | |
| Account Type | chekcing | | | |
| Account No. | ▇061 | | | |
| Account Purpose | operating | | | |
| Balance, End of Month | ($10) | | | |
| Total Funds on Hand for all Accounts | ($10) | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

American River Bank
Fair Oaks (916) 967-2265
Bradshaw (916) 368-3400
Roseville (916) 786-7905
Point West (916) 565-6100
Capitol Mall (916) 441-5150

*a division of American River Bank*

NORTH COAST BANK
Santa Rosa (707) 528-6300
Healdsburg (707) 431-8800

*a division of American River Bank*

Bank of Amador
Jackson (209) 223-2320
Buckhorn (209) 295-2265
Ione (209) 274-4731

2662

RMS PROPERTIES, LLC
DEBTOR IN POSSESSION
P.O. BOX 4343
SANTA ROSA CA 95402

Account Number: ▓▓▓▓3061
Statement Date: 4/30/12
Page Number: 1
Items: 0

Are you a business owner on the go? ROAMpay turns your smart phone into a mobile credit card terminal with an encrypted mobile swiper. For more information, visit http://www.roamdata.com.

## BUSINESS BASIC ▓▓▓▓3061

| | | |
|---|---:|---|
| Previous Balance on 3/31/12 | | 33.32 |
| 1 Deposits and Other Additions (Credits) | + | 2,612.80 |
| 3 Checks and Other Charges (Debits) | - | 2,655.80 |
| Current Balance on 4/30/12 | $ | 9.68D |

### Checking Account Transactions

| | | |
|---|---:|---|
| 4/09/12 CREDIT MEMO     RETURN STATE FARM RO 08 CPC-CLIENT | | 2,612.80 + |
| 4/09/12 AUTOMATIC DEBIT STATE FARM RO 08 CPC-CLIENT | | 2,612.80 - |
| 4/09/12 NSF PAID SERV CHG | | 33.00 - |
| 4/30/12 SERVICE CHARGE | | 10.00 - |

### DAILY BALANCE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| -Balance Date- 33.32 3/31 | -Balance Date- .32 4/09 | -Balance Date- 9.68- 4/30 | | | |

Average Collected Balance for Period was        9.12
Itemization of SERVICE CHARGE
MAINTENANCE CHARGE    =    10.00

Case: 11-10231   Doc# 76   Filed: 05/24/12   Entered: 05/24/12 22:34:35   Page 8 of 12

# RMS PROPERTIES, LLC
## Reconciliation Summary
### NORTHCOAST8061, Period Ending 04/30/2012

|  | Apr 30, 12 |
|---|---:|
| **Beginning Balance** | 33.32 |
|   **Cleared Transactions** |  |
|     Checks and Payments - 1 item | -43.00 |
|   **Total Cleared Transactions** | -43.00 |
| **Cleared Balance** | -9.68 |
|   **Uncleared Transactions** |  |
|     Checks and Payments - 1 item | -70.00 |
|   **Total Uncleared Transactions** | -70.00 |
| **Register Balance as of 04/30/2012** | -79.68 |
| **Ending Balance** | -79.68 |

RMS PROPERTIES, LLC

5/16/2012 1:14 PM

Register: NORTHCOAST8061
From 04/01/2012 through 04/30/2012
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/30/2012 | | | BANK CHARGE | Service Charge | 43.00 | X | | -79.68 |

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended __APRIL__

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $5,000 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $3,151 |
| 6 | Capital Contributions | | |
| 7 | Refund | $0 | $49 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $8,200 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | $43 | $749 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | $0 | $452 |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | utility bill | $0 | $2,174 |
| 33 | ditch irrigation | $0 | $2,594 |
| 34 | insurance: property/liability | $0 | $1,588 |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $43 | $7,514 |
| 38 | **Net Increase (Decrease) in Cash** | ($43) | $686 |
| 39 | **Cash Balance, Beginning of Period** | $33 | ($7) |
| 40 | **Cash Balance, End of Period** | ($10) | $41 |

Revised 1/1/98

Case: 11-10231   Doc# 76   Filed: 05/24/12   Entered: 05/24/12 22:34:35   Page 11 of 12

# STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended __APRIL__

| | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| 1 | Cash Received from Sales | $0 | $49 |
| 2 | Rent/Leases Collected | $0 | $5,000 |
| 3 | Interest Received | | |
| 4 | Cash Paid for Development of Real Estate | | |
| 5 | Cash Paid for Operation of Real Estate | | |
| 6 | Cash Paid for Administrative Expenses | $43 | $424 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | $0 | $452 |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | utility | $0 | $2,054 |
| 22 | ditch irrigation | $0 | $2,367 |
| 23 | insurance: property/liability | $0 | $1,588 |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $43 | $11,934 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | $325 | $1,625 |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($325) | ($1,625) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $368 | $13,559 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | $0 | $3,151 |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $368 | $3,151 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $1 | $16,710 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $33 | ($7) |
| 46 | **Cash and Cash Equivalents at End of Month** | ($10) | $41 |

Revised 1/1/98