Meyer Law Group LLP
Michael H. Meyer, SBN 82336
268 Bush Street #3639
San Francisco, CA 94104
Phone: (415) 765-1588
Fax:    (415) 762-5277
michael@meyerllp.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| IN RE:<br><br>RMS PROPERTIES, LLC,<br><br>      Debtor. | Bankruptcy Case No.: 11-10231<br><br>Chapter 11<br><br>Assigned to the<br>Honorable Alan Jaroslovsky<br><br>FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS BY MEYER LAW GROUP, LLP |

**FIRST INTERIM APPLICATION FOR ALLOWANCE
OF FEES AND COSTS BY MEYER LAW GROUP, LLP**

TO: THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE:

The First Interim Application for Allowance of Attorneys' Fees and Costs ("First Application") filed by the Meyer Law Group, LLP ("Meyer LLP") represents:

## I. INTRODUCTION

1. Meyer LLP is the attorney for RMS Properties, LLC (the "Debtor") in the above-referenced Chapter 11 Bankruptcy Case and was duly qualified in the within Chapter 11 case by an Order from this court entered May 16, 2011. Meyer LLP makes this First Interim Application for Allowance of Attorney Fees and Costs pursuant to 11 U.S.C. §§ 330 and 331. Meyer LLP is seeking authorization from the Bankruptcy Court for the Debtor to pay $29,730.54 to it as compensation for services rendered and costs advanced by the firm from April 20, 2011 to May 29, 2012, less retainer payment received of $8,700.00, for a total of $21,030.54.

2. The Debtor agreed to pay Meyer LLP a fee for services rendered and reimburse the firm for costs incurred in the present case. Debtor agreed that the fees would be based on normal billing rates charged by Meyer LLP and that the firm could seek compensation as permitted by law. All services for which compensation is requested were performed for the Debtor. Meyer LLP has no agreement, understanding, or arrangement to pay over any of the fees to be allowed by the First Application.

3. The Debtor is a Colorado limited liability corporation that owns a 1740 acre recreational ranch in Hotchkiss, Colorado. After the purchase, the Debtor improved the real property and invested an additional $2.1 million approximately. There is a large structure currently under construction, which is approximately 30% complete, and when completed, will be a 10,119 square feet structure above ground, and contain a 1,800 square foot basement. In addition, the Debtor owns various personal property that will be liquidated for the benefit of creditors.

///

4. The facts of the case required that the members of the Debtor request relief pursuant to Title 11 of the United States Bankruptcy Code.

5. Meyer LLP consulted with the Debtor, consulted with the counsel for one of the members of Debtor who is currently a Debtor in a related Chapter 11 proceeding before this court, and consulted with special litigation counsel for the Debtor and developed a strategy for the case.

## II. SUMMARY OF APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS SUBMITTED BY APPLICANT AS PART OF THE CHAPTER 11 CASE

6. This is the First Interim Application for Allowance of Attorneys' Fees and Costs filed by Meyer LLP in the Debtor's Chapter 11 Case.

7. Meyer LLP received $8,700.00 in compensation, as an initial pre-petition retainer payment made to the Debtor's former counsel, and transferred to Meyer LLP post-petition pursuant to an Order of this court entered on June 14, 2011.

8. Other than the initial retainer payment, Meyer LLP has not received any payments for the services rendered and costs advanced by the firm described in the First Application.

9. At no time did Meyer LLP double bill for professional services performed by more than one attorney at any time when two or more attorneys were present or working on the same matter.

10. This First Application is submitted pursuant to Guideline 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees adopted by the United States Bankruptcy Court for the Northern District of California.

11. Below is a summary of the First Application as required by the Local Rules of the Bankruptcy Court for the Northern District of California:

(1) Date of Petition: 1/25/2011
(2) Date Plan Confirmed: 4/7/2012
(3) Amount of Fees Approved at Confirmation: $ 0.00
(4) Subsequent Fee Application Filed: Yes

First Interim Application for Allowance of Fees and Costs

|   |      |                                                          |                    |
|---|------|----------------------------------------------------------|--------------------|
| (5)  | Amount of Fees Received to Date: | $0.00 |
| (6)  | Time Period of Application: | 4/20/10 to 5/29/11 |
| (7)  | Hourly Rate of Professional: | |
|      | (a) Michael H. Meyer | $ 375.00 |
|      | (b) Brent D. Meyer   | $ 250.00 |
| (8)  | Total Hours in this Application: | |
|      | (a) Michael H. Meyer | 68.20 hours |
|      | (b) Brent D. Meyer   | 15.15 hours |
| (9)  | Total Fees Requested: | $ 29,362.50 |
| (10) | Amount Included for Appearance on this Application: | $ 0.00 |
| (11) | Total Costs Requested this Application: | $ 368.04 |
| (12) | Total Fees and Costs Requested: | $ 29,730.54 |
| (13) | Total Fees and Costs After Application of Retainer: | $ 21,030.54 |

A detailed billing statement including costs is attached hereto as Exhibit A.

### III. ADMINISTRATION OF CHAPTER 11 CASE

12. The Debtor has worked to reorganize their financial affairs since they filed for relief under Chapter 11 of Bankruptcy Code.

13. As a result of Meyer LLP's experience in Chapter 11 cases and the firms' efforts undertaken from April 20, 2011 through May 29, 2011, the Debtor has been able to file a Chapter 11 petition, schedules, and plan; successfully negotiate the surrender of real property in Colorado in full satisfaction of the amount of the secured claim; successfully defeat various objections to confirmation; and successfully confirm the Debtor's Chapter 11 Plan.

14. Pursuant to the Guidelines for Reviewing Applications for Compensation promulgated by the United States Trustee Program, the following billing codes were utilized for project billing purposes:

///

First Interim Application for Allowance of Fees and Costs

- 4 -

Case: 11-10231   Doc# 77   Filed: 05/29/12   Entered: 05/29/12 23:14:55   Page 4 of 7

| | |
|---|---|
| A100 Asset Analysis and Recovery | A200 Accounting/Auditing |
| A101 Asset Disposition | A201 Business Analysis |
| A102 Business Operations | A202 Corporate Finance |
| A103 Case Administration | A203 Data Analysis |
| A104 Claims Administration & Objections | A204 Litigation Consulting |
| A105 Employee Benefits/Pensions | A205 Reconstruction Accounting |
| A106 Fee/Employment Application | A206 Tax Issues |
| A107 Fee/Employment Objections | A207 Valuation |
| A108 Financing | |
| A109 Litigation | |
| A110 Meeting of Creditors | |
| A111 Plan and Disclosure Statement | |
| A112 Relief from Stay Proceedings | |

### IV. SUMMARY OF FIRST INTERIM APPLICATION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS

15. The First Application is submitted under the standards set forth in 11 U.S.C. § 330, which provides in part that:

"the court may award to … a professional person employed under section 327 or 1103 … reasonable compensation for actual, necessary services rendered by the … attorney and by any paraprofessional person employed by any such person; and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A)-(B).

16. A statement of services rendered and time expended by Meyer LLP from April 20 2011 through May 29, 2012 is attached hereto in the Exhibits. The reasonable value of services rendered by Meyer LLP from April 20, 2011 May 29, 2012 is $29,362.50.

17. Meyer LLP has incurred out-of-pocket costs in the amount of $368.04 from April 20, 2011 through May 29, 2012, as detailed hereto in the Exhibits.

18. Meyer LLP has mailed the billing statements concerning the fees and costs requested by Meyer LLP to the Debtor.

///

///

19. Meyer LLP requests that the attorneys' fees and costs requested be paid through the Debtor's Chapter 11 Plan. Payment to Meyer LLP will not affect the feasibility of the Plan because the Plan provides for payment of the costs of Administrative Claims in full.

**WHEREFORE**, Meyer LLP pray that the Bankruptcy Court enter an Order that:

1. Allows compensation for professional services rendered in the Debtor's Chapter 11 Case from April 20, 2011 through May 29, 2012 in the amount of $29,362.50;

2. Allows reimbursement for actual and necessary costs incurred in the Debtor's Chapter 11 Case from April 20, 2011 through May 29, 2012, in the amount of $368.04; and

3. Provides such other relief that is deemed just and proper.

Meyer Law Group, LLP

Dated: May 29, 2012

  /S/ MICHAEL H. MEYER
Michael H. Meyer
Attorney for Debtor

## CERTIFICATION

I, MICHAEL H. MEYER, hereby declare as follows:

1. That I am an attorney at law, duly admitted to practice in the State of California, and represent RMS Properties, LLC in the above-captioned Chapter 11 Case.

2. That I am familiar with and have read the above application and the facts therein are true to my knowledge and belief. The copies of the billing statements are true and correct copies of Meyer Law Group, LLP's billing statements for this case.

3. That the firm of Meyer Law Group, LLP has not been paid or promised any compensation from any other source for services rendered in connection with this case.

First Interim Application for Allowance of Fees and Costs

- 6 -

4. That Meyer Law Group, LLP has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

5. That to the best of my knowledge, information and belief, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California, except to the extent set forth in the application.

6. That this application is submitted in accordance with Guideline Number 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

7. That the compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by applicant and generally accepted by the applicant's clients.

I declare under penalty of perjury that the foregoing is true and correct and that this certification was executed this 29th day of May, 2012 at Clovis, California.

Meyer Law Group, LLP

Dated: May 29, 2012

  /S/ MICHAEL H. MEYER
Michael H. Meyer
Attorney for Debtor

First Interim Application for Allowance of Fees and Costs