**Signed: July 2, 2012**

_____
**ALAN JAROSLOVSKY U.S. Bankruptcy Judge**

1  Meyer Law Group LLP
Michael H. Meyer, SBN 82336
2  268 Bush Street #3639
San Francisco, CA 94104
3  Phone: (415) 765-1588
Fax:    (415) 762-5277
4  michael@meyerllp.com

5  Attorney for Debtor

6

7

8              UNITED STATES BANKRUPTCY COURT

9      NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

10

IN RE:                                    )  Bankruptcy Case No.: 11-10231
11                                         )
RMS PROPERTIES, LLC,                       )  Chapter 11
12                                         )
        Debtor.                            )
13                                         )  Assigned to the
                                           )  Honorable Alan Jaroslovsky
14                                         )
                                           )  ORDER APPROVING FIRST INTERIM
15                                         )  APPLICATION FOR ALLOWANCE OF
                                           )  FEES AND COSTS BY MEYER LAW
16                                         )  GROUP, LLP
                                           )
17                                         )
                                           )  HEARING HELD:
18                                         )
                                           )
19                                         )  DATE:       June 22, 2012
                                           )  TIME:       10:30 a.m. PST
20                                         )  LOCATION:   U.S. Bankruptcy Court
                                           )             99 South E Street
21                                         )             Santa Rosa, CA 95404
                                           )
22

23

24

25         **ORDER APPROVING FIRST INTERIM APPLICATION FOR**
26      **ALLOWANCE OF FEES AND COSTS BY MEYER LAW GROUP, LLP**

27

28

Order Approving First Interim Application for Fees and Costs

-1-

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104

1    The First Interim Application of MEYER LAW GROUP, LLP, Movants herein, for

2    approval of fees and costs came on for hearing before the Honorable Alan Jaroslovsky, United

3    States Bankruptcy Judge, on June 22, 2012 at 10:30 a.m.  Movants appeared through counsel

4    Michael H. Meyer of the Meyer Law Group, LLP.

5

6    **NOW THEREFORE**, it appearing that Notice of the First Interim Application for

7    Allowance of Fees and Costs was duly given, the Court having duly considered the First Interim

8    Application for Allowance of Fees and Costs, the pleadings, declaration, and exhibits filed

9    herein, and being fully advised therein and finding good cause therefor;

10

11    **IT IS HEREBY ORDERED** that due and proper notice has been given to all parties

12    entitled to notice.  The Court also finds that no party timely filed opposition to the Movant's First

13    Interim Application for Allowance of Fees and Costs.

14

15    **IT IS FURTHER ORDERED** that the Movant is entitled to professional fees in the

16    amount of $29,362.50 and reimbursement of actual costs incurred as expenses in the amount of

17    $368.04, less the retainer payment already received of $8,700.00, for a total of $21,030.54 on an

18    interim basis subject to final approval by this Court.

19    **\*\*\*END OF ORDER\*\*\***

20

21

22

23

24

25

26

27

28

Order Approving First Interim Application for Fees and Costs

Case: 11-10231    Doc# 81    Filed: 07/02/12    Entered: 07/02/12 16:06:49    Page 2 of 3

1 **Court Service List**

2 RMS Properties, LLC
3 Attn: Jayne Slayton
P.O. Box 4343
4 Santa Rosa, CA 95402

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104

Order Approving First Interim Application for Fees and Costs

- 3 -